# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACOB HUNT,
Appellant,
vs.
ROBERT PADILLA,
Respondent.

ROBERT PADILLA,
Appellant,
vs.
JACOB HUNT,
Respondent.

No. 70246

No. 70346 **FILED**

JUN 02 2016


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING APPEAL*

Docket No. 70246 was filed on April 26, 2016. The notice of appeal was filed in Docket No. 70346 on May 19, 2016, and it should have been filed as cross-appeal in Docket No. 70246, but was inadvertently docketed as a separate appeal.

The clerk of this court is directed to administratively close the appeal pending in Docket No. 70346. All documents in that case shall be transferred to Docket No. 70246.

It is so ORDERED.

_____, C.J.

cc:  Hon. Scott N. Freeman, District Judge
David Wasick, Settlement Judge
Robertson, Johnson, Miller & Williamson
Law Offices of Karl H. Smith
Lemons, Grundy & Eisenberg
Washoe District Court Clerk

16-17260